THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A PLACE FOR MOM INC, a Delaware corporation,<br><br>                    Plaintiff,<br>     v.<br><br>LISA PERKINS, an individual,<br><br>                    Defendant. | CASE NO. C20-1028-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to extend a temporary restraining order (Dkt. No. 25). On June 29, 2020, the King County Superior Court issued a temporary restraining order enjoining Defendant from certain conduct related to the parties' agreement. (*See* Dkt. No. 1-2 at 4–5.) That temporary restraining order is set to expire on July 17, 2020.  (*Id.*) Having thoroughly considered Plaintiff's motion and the relevant record, the Court hereby ORDERS that Plaintiff's motion to extend the temporary restraining order (Dkt. No. 25) is RENOTED for July 17, 2020. *See* W.D. Wash. Local Civ. R. 7(d). Defendant's response shall not exceed eight pages in length and must be filed no later than July 16, 2020.

//

MINUTE ORDER
C20-1028-JCC
PAGE - 1

DATED this 15th day of July 2020.

> William M. McCool
> Clerk of Court
>
> s/Tomas Hernandez
> Deputy Clerk

MINUTE ORDER
C20-1028-JCC
PAGE - 2