THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| A PLACE FOR MOM, INC., a Delaware corporation,<br><br>      Plaintiff,<br> v.<br><br>LISA PERKINS, an individual,<br><br>      Defendant. | CASE NO. C20-1028-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to strike or notice of intent to file a surreply (Dkt. No. 52). Having thoroughly considered the motion and the relevant record, the Court hereby ORDERS as follows:

1. Pursuant to Western District of Washington Local Civil Rule 7(g), Defendant is granted leave to file a surreply discussing the matter described in her motion. The surreply must not exceed three pages and must be filed no later than noon on July 29, 2020.

2. Plaintiff's response to the surreply, if any, must not exceed three pages and must be filed no later than noon on July 30, 2020.

//

MINUTE ORDER
C20-1028-JCC
PAGE - 1

DATED this 28th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk